[No. 2931–1. Division One. January 23, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. CARL ZURICH WALD, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 60792, Ross R. Rakow, J. Pro Tem., entered March 12, 1974. *Affirmed* by unpublished per curiam opinion.

[No. 4364–1. Division One. January 23, 1978.]

DIANE MOORE, *Appellant,* v. HAROLD MOORE, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. D–16226, George H. Revelle, J., entered December 3, 1975. *Reversed* by unpublished per curiam opinion.

[No. 4381–1. Division One. January 23, 1978.]

RALPH M. WARFORD, *Appellant,* v. PHILIP K. LIVINGSTON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 786861, Charles R. Denney, J. Pro Tem., entered November 26, 1975. *Affirmed* by unpublished opinion per Farris, C.J., concurred in by Williams and Callow, JJ.